# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160017(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT LEO OSWALD,
        Defendant-Appellant.

SC: 160017
COA: 349267
Branch CC: 84-094002-FH

_____/

On order of the Court, the motion for reconsideration of this Court's October 29, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

b0518